**NOT RECOMMENDED FOR FULL-TEXT PUBLICATION**
File Name:  08a0042n.06
Filed:  January 14, 2008

**06-2527**

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

| | | |
|---|---|---|
| LAURIE C. KUTA, | ) | |
| | ) | |
| Plaintiff-Appellant, | ) | |
| | ) | |
| v. | ) | ON APPEAL FROM THE UNITED |
| | ) | STATES DISTRICT COURT FOR THE |
| GENERAL MOTORS CORPORATION, | ) | EASTERN DISTRICT OF MICHIGAN |
| | ) | |
| Defendant-Appellee. | ) | |

Before:  DAUGHTREY, GILMAN, and COOK, Circuit Judges.

PER CURIAM.   Plaintiff Laurie Kuta brought this action for employment discrimination and retaliation against defendant General Motors Corporation, alleging violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000(e), and of Michigan's Elliott-Larsen Civil Rights Act, MCL § 37.2101.  The district court granted summary judgment to General Motors after determining that Kuta had failed to establish a prima facie case of gender discrimination or to show that the company's legitimate non-discriminatory reason for terminating her employment was pretextual and, further, that she had failed to satisfy the causation prong of the prima facie case necessary to sustain a retaliation claim under either federal or state law.

Having had the benefit of oral argument, and having studied the record on appeal and the briefs of the parties, we are not persuaded that the district court erred in dismissing the complaint. Because the reasons why judgment should be entered for the defendant have been fully articulated by the district court, the issuance of a detailed opinion by this court would be duplicative and would serve no useful purpose. Accordingly, we AFFIRM the judgment of the district court upon the reasoning set out by that court in its opinion granting summary judgment to the defendant, dated October 16, 2006.